# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00342-CV

### Y. A., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

**FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-FM-21-000228, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Appellant Y. A. filed his notice of appeal on June 6, 2022.  The appellate record was complete on July 18, 2022, making appellant's brief due on August 8, 2022.  On August 2, 2022, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights.  *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition).  The accelerated schedule constrains this Court's leeway in granting extensions.  In this instance, we will grant the motion and order Brian McGiverin to file appellant's brief no later than August 29, 2022.  If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on August 16, 2022.

Before Chief Justice Byrne, Justices Triana and Smith